**B. H. Moore, Board of Education of Community Unit School District No. 200 of the County of Menard and State of Illinois et al., Plaintiffs-Appellants, v. County Board of School Trustees of Logan County, and Administrative Agency et al., Defendants-Appellees.**

Gen. Nos. 10,128–10,129.    Consolidated.

Third District.

October 14, 1957.

Released for publication December 3, 1957.

S. S. DuHamel, for appellants; Harris and Harris, for appellees. Opinion by PRESIDING JUSTICE CARROLL. Not to be published in full.